FOR PUBLICATION
UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

FILED

FEB 16 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ALEC MARSH, <br><br>         Plaintiff-Appellant, <br><br> v. <br><br> J. ALEXANDER'S LLC, <br><br>         Defendant-Appellee. | No.   15-15791 <br><br> D.C. No. 2:14-cv-01038-SMM <br> District of Arizona, <br> Phoenix <br><br> **ORDER** |
| CRYSTAL SHEEHAN, <br><br>         Plaintiff-Appellant, <br><br> v. <br><br> ROMULUS INCORPORATED, DBA <br> International House of Pancakes, <br><br>         Defendant-Appellee. | No.   15-15794 <br><br> D.C. No. 2:14-cv-00464-SMM |

| | |
|---|---|
| SILVIA ALARCON, | No. 15-16561 |
| Plaintiff-Appellant, | D.C. No. 2:14-cv-00465-SMM |
| v. | |
| ARRIBA ENTERPRISES INCORPORATED, DBA Arriba Mexican Grill, | |
| Defendant-Appellee. | |

| | |
|---|---|
| SAROSHA HOGAN; NICHOLAS JACKSON; SKYLAR VAZQUEZ; THOMAS ARMSTRONG; PHILIP TODD; MARIA HURKMANS, | No. 15-16659 |
| | D.C. Nos. 2:14-cv-00051-SMM |
| | 2:14-cv-00766-SMM |
| | 2:14-cv-00768-SMM |
| Plaintiffs-Appellants, | 2:14-cv-00769-SMM |
| | 2:14-cv-01243-SMM |
| v. | 2:14-cv-01244-SMM |
| AMERICAN MULTI-CINEMA, INC., DBA AMC Theatres Esplanade 14, | |
| Defendant-Appellee. | |

| | |
|---|---|
| NATHAN LLANOS, an individual, | No. 16-15003 |
| Plaintiff-Appellant, | D.C. No. 2:14-cv-00261-SMM |
| v. | |
| P.F. CHANG'S CHINA BISTRO, INC., | |
| Defendant-Appellee. | |

2

| | |
|---|---|
| KRISTEN ROMERO, an individual, | No. 16-15004 |
| Plaintiff-Appellant, | D.C. No. 2:14-cv-00262-SMM |
| v. | |
| P.F. CHANG'S CHINA BISTRO, INC., | |
| Defendant-Appellee. | |

| | |
|---|---|
| ANDREW FIELDS, an individual, | No. 16-15005 |
| Plaintiff-Appellant, | D.C. No. 2:14-cv-00263-SMM |
| v. | |
| P.F. CHANG'S CHINA BISTRO, INC., | |
| Defendant-Appellee. | |

| | |
|---|---|
| ALTO WILLIAMS, | No. 16-15118 |
| Plaintiff-Appellant, | D.C. No. 2:14-cv-01467-SMM |
| v. | |
| AMERICAN BLUE RIBBON HOLDINGS LLC, | |
| Defendant-Appellee. | |

| | |
|---|---|
| STEPHANIE R. FAUSNACHT, | No. 16-16033 |
| Plaintiff-Appellant, | D.C. No. 2:15-cv-01561-SMM |
| v. | |
| LION'S DEN MANAGEMENT, LLC, DBA Denny's, | |
| Defendant-Appellee. | |

**THOMAS**, Chief Judge:

Upon the vote of a majority of nonrecused active judges, it is ordered that these cases be reheard en banc pursuant to Federal Rule of Appellate Procedure 35(a) and Circuit Rule 35-3. The three-judge panel disposition in these cases shall not be cited as precedent by or to any court of the Ninth Circuit.

Judge Murguia did not participate in the deliberations or vote in these cases.